UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:20-cv-01244-BJD-JBT

JOHNY R. VELASQUEZ,

    Plaintiff,

v.

KARMAS FAR, INC.,

    Defendant,

_____/

## **JOINT STATUS REPORT**

Pursuant to this Honorable Court's Order, dated February 9, 2021 [D.E.#16], Plaintiff, JOHNY R. VELASQUEZ and Defendant KARMAS FAR, INC., by and through their undersigned counsel, hereby file this Joint Status Report.

1. Pursuant to the Court's Order, dated February 9, 2021 [D.E.#16], the parties are to submit a joint status report by February 11, 2021.

2. After extensive settlement negotiations held from the inception of this matter, the parties agreed to enter into a settlement agreement on December 17, 2020.

3. Pursuant to the terms of the settlement, payment was due to Plaintiff's counsel on or before December 23, 2020.

4. As of today, Plaintiff's counsel has not received the Settlement Sum pursuant to the Settlement Agreement.

5. Plaintiff has provided the Defendant with the opportunity to cure and made numerous attempts to allow Defendant to cure.

6. Given the circumstances, there have been no further settlement discussions and the parties will not be submitting an amended settlement agreement to the Court for approval.

7. With regard to compliance with Court's Track Notice and FLSA Scheduling Order [D.E. # 4], Plaintiff filed his Answer to Court's Interrogatories on February 9, 2021 [D.E.# 15].

8. Pursuant to Court's Order, Defendant's Verify Summary and copy of all time sheets and payroll records that support or relate to the time periods in the Verified Summary are due on or before March 11, 2021.

WHEREFORE, the Parties respectfully submit this Joint Status Report.

RESPECTFULLY SUBMITTED, this 11th day of February 2021.

Zandro E. Palma, Esq.
**THE LAW OFFICES OF ZANDRO E. PALMA P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: 305-446-1500
Fax: 305-446-1502
E-mail: zep@thepalmalawgroup.com

Heather M. Meglino, Esq.
**SPIRE LAW, LLC**
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
E-mail: heather@spirelawfirm.com
Lauren@spirelawfirm.com

By: */s/ Zandro E. Palma*  
Zandro E. Palma, Esq.  
Florida Bar No.: 24031  
*Attorney for Plaintiff*

By: */s/ Heather M. Meglino*  
Heather M. Meglino, Esq.  
Florida Bar No. 091857  
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: **s/Zandro E. Palma**  
Zandro E. Palma Esq.  
Florida Bar No.: 0024031

<u>SERVICE LIST</u>
<u>CASE NO.:  3:20-cv-01244-BJD-JBT</u>

Heather M. Meglino, Esq.
**SPIRE LAW, LLC**
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
E-mail: heather@spirelawfirm.com
*Attorney for the Defendant*

Zandro E. Palma, Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Ste 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Attorney for Plaintiff*