UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHNY R. VELASQUEZ
and other similarly situated
individuals,

    Plaintiff,

v.                                              CASE NO. 3:20-cv-1244-BJD-JBT

KARMAS FAR INC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's counsel's Motion to Withdraw as Counsel for Defendant ("Motion") (Doc. 18). For the reasons stated herein, the Motion is due to be **TAKEN UNDER ADVISEMENT**.

Heather M. Meglino, Esq. of Spire Law, LLC ("Counsel") seeks to withdraw as counsel for Defendant. The Motion states that Defendant has not paid its outstanding invoices, resulting in an unreasonable financial burden on Counsel. (*Id.* at 2.) Thus, the Motion appears to provide sufficient grounds for withdrawal. *See* Fla. R. Prof. Conduct 4-1.16(b)(4). However, it is not clear whether Defendant intends to obtain new counsel, or how it otherwise intends to proceed in this action.[1] Therefore, Defendant must respond in writing to this Order.

---

[1] In general, corporations may appear and be heard only through counsel. *See Thornton v. Hosp. Mgmt. Assocs., Inc.*, 787 F. App'x 634, 637 (11th Cir. 2019) ("A (continued on next page . . . )

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 18**) is **TAKEN UNDER ADVISEMENT**.

2. **On or before March 22, 2021**, Defendant shall either have its successor counsel file a notice of appearance or, if no successor counsel is retained by that date, Defendant shall file a notice stating how it intends to proceed. Failure to respond to this Order may result in entry of a default, and a default judgment, against Defendant.

3. The Clerk of Court is **DIRECTED** to send copies of this Order to Defendant directly by U.S. Mail and email using the contact information listed below.

**DONE AND ORDERED** in Jacksonville, Florida, on March 1, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

Isabel Enriquez
2611 E. Lindsay Privado
Ontario, CA 91761
Email: isabella23us2002@gmail.com

Zhong Du
9601 North Main Street
Jacksonville, Florida 32218

---

corporation is an artificial entity that cannot appear pro se and must be represented by counsel.").