UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHNY R. VELASQUEZ,
and other similarly situated
individuals,

      Plaintiff,

v.                                                                                 CASE NO. 3:20-cv-1244-BJD-JBT

KARMAS FAR INC,

      Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. The parties previously filed a Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 10) that the Court denied without prejudice because the proposed Settlement Agreement contained a confidentiality provision. (Doc. 11.) The Court directed the parties to file a new motion and a revised settlement agreement on or before February 12, 2021. (*Id.* at 3.)

Thereafter, at the Court's direction, the parties filed a Joint Status Report stating that they would not be submitting an amended settlement agreement and that Defendant's verified summary of all hours worked by Plaintiff and copies of all time sheets and payroll records that support or relate to the time periods in the verified summary were due on or before March 11, 2021. (Doc. 17 at 2.) Thereafter, on March 16, 2021, Jesse I. Unruh, Esq. filed a Notice of Appearance

(Doc. 20), stating that "Plaintiff's counsel has confirmed that the parties have come to terms and the matter is ready for Court approval of the settlement. The undersigned is preparing to file the appropriate settlement notice and motion with the Court." (*Id.* at 1–2.) To date, no new settlement motion or documents have been filed with the Court.

Accordingly, it is **ORDERED**:

**On or before April 21, 2021**, the parties shall file a new settlement motion and proposed settlement agreement, or Defendant shall file a Verified Summary as directed in paragraph 3 of the Track Notice and FLSA Scheduling Order (Doc. 4) and otherwise comply with that paragraph. Thereafter, if no settlement motion is filed, the parties shall comply with the remaining deadlines in the Scheduling Order.

**DONE AND ORDERED** in Jacksonville, Florida, on April 7, 2021.

/s/ Joel B. Toomey
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record